UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c )

Marcia Y. Phillips, Esq.
411 Commerce Lane
West Berlin, NJ 08091
856-296-5428
mp9967

Attorney for the Debtor

In Re:
    Barbara M. Bethelmy

| | |
|---|---|
| Case Number: | 12-37408 |
| Hearing Date: | |
| Judge: | |
| Chapter: | 7 |

Order Filed on
06/25/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

| Recommended Local Form: | ☑ Followed | ❑ Modified |
|---|---|---|

### ORDER REOPENING CASE

The relief sought on the following page is hereby **ORDERED**

**DATED: 06/25/2013**

Gloria M. Burns, Chief Judge
United States Bankruptcy Court Judge

Upon the motion of <u>Marcia Y. Phillips, Esq.</u>, and for good cause shown, it is

**ORDERED** as follows:

1.      This case is reopened; the court acknowledges the filed B23 Form
and Debtor's Financial Management Course Certification.  In addition,
an Order of Discharge shall be issued.

2.      A Trustee shall not be appointed.

The successful party shall serve this Order on the debtors, any trustee and
all parties who entered an appearance on this motion.

-2-

*Approved by Judge Gloria M. Burns June  25, 2013*